JOHN ATALLAH, CA Bar No. 294116
jatallah@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys For Defendant
MAXIMUS EDUCATION, LLC
D/B/A AIDVANTAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MALINA ECKFELDT, individually and on behalf of all others similarly situated,

*Plaintiff,*

vs.

MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE,

*Defendant.*

Case No. 4:25-cv-10217-JST

**DECLARATION OF LINDA GRAMLICH IN SUPPORT OF DEFENDANT MAXIMUS EDUCATION, LLC DBA AIDVANTAGE'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

Date: June 4, 2026
Time: 2:00 pm
Ctrm: 6

Judge: Hon. Jon S. Tigar

Case Filed: November 25, 2025
FAC Filed: February 23, 2025

**DECLARATION OF LINDA GRAMLICH**

I, Linda Gramlich, declare and state as follows:

1. I am employed by Defendant Maximus Education, LLC dba Aidvantage ("Aidvantage"), as a Senior Director of Compliance. In this role, I am familiar with Aidvantage's online account registration process and the manner in which Aidvantage presents and records user assent to Aidvantage's Terms of Use. I am also generally familiar with the way Aidvantage maintains account and payment records, and I have reviewed account and payment records of the named Plaintiff Malina Eckfeldt. I make this declaration in support of Aidvantage's motion to transfer and motion to dismiss for lack of standing in the above-caption action. The facts herein are based on my personal knowledge, discussions with other knowledgeable employees of Aidvantage, or the business documents and records of Aidvantage and its vendors, and if called upon, I would and could testify thereto.

2. Aidvantage is a limited liability company organized under the laws of the State of Delaware that has its principal place of business in McLean, Virginia.

3. Aidvantage is a servicer of federal student loans on behalf of Federal Student Aid for Department of Education-owned loans. As part of its contract with the Department of Education, Aidvantage maintains the website aidvantage.studentaid.gov in order to provide borrowers with information related to their student loan account and to provide one convenient way to manage payments on the account..

4. Borrowers are not required to register for an online Aidvantage account in order to make payments or manage their student loans. Aidvantage provides multiple ways for borrowers to manage payments on their loans, including by mailing payments, by calling Aidvantage's automated telephone payment system, by calling Aidvantage to speak to an agent, or by enrolling in automatic payments by mail. Borrowers who use these options do not need to create an online account or accept Aidvantage's Terms of Use.

5. To access Aidvantage's online portal, a borrower must register for an account and, as a non-optional step in the registration process, accept Aidvantage's Terms of Use.

6. As part of registration, after the user verifies their account information, creates login credentials, and selects certain communication preferences, the full Terms of Use are displayed on the

registration screen in a scrollable text box. To proceed, the user must affirmatively select "I accept" beneath the Terms of Use. The registration process cannot be completed without completing this step.

7. Based on Aidvantage's records kept in the ordinary course of business, plaintiff Malina Eckfeldt registered for an Aidvantage online account on September 25, 2025. Those records reflect that, as part of that registration process, Plaintiff was presented with the Terms of Use and affirmatively indicated assent by selecting "I accept."

8. The next time Plaintiff logged into her Aidvantage account was on December 10, 2025. Plaintiff did not engage in any payment transactions on the Aidvantage online account portal prior to December 10, 2025. Plaintiff did not request a forbearance using Aidvantage online account portal.

9. Aidvantage's records kept in the ordinary course of business further confirm that Plaintiff also used alternative methods to access and manage her account, including speaking to an agent over the phone to make a payment over the phone. Plaintiff successfully enrolled in the automated payment process in January 2026. Plaintiff's payments have been made via autopay since February 2026.

10. Attached hereto as **Exhibit A** are true and correct copies of screenshots exemplifying how the Terms of Use and the "I accept" assent mechanism are presented to users during the registration process, including as presented on or about September 25, 2025.

11. Attached hereto as **Exhibit B** is a true and correct copy of the Terms of Use Plaintiff agreed to when she registered for her account on September 25, 2025. These Terms of Use have remained the same through the present moment.

12. Attached hereto as **Exhibit C** is a true and correct copy of the Privacy Policy effective December 1, 2025, and through the present. This Privacy Policy is hyperlinked within the body of Aidvantage's Terms of Use and can be opened from Aidvantage's Terms of Use webpage at all relevant times.

13. Both Aidvantage's Terms of Use and Privacy Policy are also posted at the bottom of Aidvantage's website and can be accessed from any page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 3/25/2026 in Shavertown, Pennsylvania.

Signed by:
Linda Gramlich
4ED41B591A5A44E

Linda Gramlich