JOHN ATALLAH, CA Bar No. 294116
jatallah@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

IRINA KASHCHEYEVA, admitted *pro hac vice*
ikashcheyeva@foley.com
FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
TELEPHONE: 313.234.7100
FACSIMILE: 313.234.2800

Attorneys For Defendant
MAXIMUS EDUCATION, LLC
D/B/A AIDVANTAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MALINA ECKFELDT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE,<br><br>*Defendant.* | Case No. 4:25-cv-10217-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MAXIMUS EDUCATION, LLC DBA AIDVANTAGE'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>Date: June 4, 2026<br>Time: 2:00 p.m.<br>Location: Courtroom 6<br><br>Judge: Hon. Jon S. Tigar<br><br>Case Filed: November 25, 2025<br>FAC Filed: February 23, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Maximus Education LLC dba Aidvantage ("Aidvantage") respectfully requests that the Court take judicial notice of the following in support of Aidvantage's Motion to Dismiss and its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a):

1. Maximus's 2025 Form 10-K filed with the SEC, available at https://investor.maximus.com/sec-filings/all-sec-filings/content/0001032220-25-000053/0001032220-25-000053.pdf. A true and correct copy of this Form 10-K is attached hereto as **Exhibit D.**
2. The "U.S. District Court – Judicial Caseload Profile" for the Northern District of California and Eastern District of Virginia with the reporting period end date of June 30, 2025, available at https://www.uscourts.gov/sites/default/files/document/fcms_na_distprofile0630.2025.pdf. True and correct copies of these "Profiles" are attached hereto as **Exhibit E**.
3. The ".gov" webpage found at https://aidvantage.studentaid.gov/in-repayment/about-payments#:~:text=Online:%20Log%20in%20to%20your,Mail%20your%20payment%20to. A true and correct copy of this webpage is attached hereto as **Exhibit F.**

A court may take judicial notice of any fact that may be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). "A court must take judicial notice if a party requests it and supplies the court with the requisite information." *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005); Fed. R. Evid. 201(d). Courts have found judicial notice proper over publicly available websites and documents. *See Loomis v. Slendertone Distribution, Inc.*, 420 F. Supp. 3d 1046, 1063 (S.D. Cal. 2019) (collecting cases); *Wible*, 375 F. Supp. 2d at 965-66 (taking judicial notice of Amazon webpages); *In re Restoration Robotics, Inc. Sec. Litig.*, 417 F. Supp. 3d 1242, 1253 (N.D. Cal. 2019) (publicly available documents are subject to judicial notice).

It is well-established that courts may take judicial notice of SEC filings because they are matters of public record. *See Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n. 2 (9th Cir. 2006); *Oracle Am., Inc. v. Hewlett Packard Enter. Co.*, 2017 WL 635291, at *2 (N.D. Cal. Feb. 16, 2017) (citing *SEC v.*

*Bardman*, 2016 WL 6276995 (N.D. Cal. Oct. 27, 2016) ("Matters of public record, including public filings with the SEC, may be judicially noticed.")). Further, courts can take judicial notice of government websites like the "aidvantage.sutdentaid.gov" site attached hereto as **Exhibit F**. *See, e.g.*, *Arizona Libertarian Party*, 798 F.3d at 727 n.3 (9th Cir. 2015) (quoting *Dudum v. Arntz*, 640 F.3d 1098, 1101 n.6 (9th Cir.2011) (holding that courts may take judicial notice of "official information posted on a governmental website, the accuracy of which [is] undisputed."); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (taking judicial notice of school districts' websites).

Aidvantage therefore requests that the Court take judicial notice of the documents listed above and attached for the Court's reference.

Dated: March 25, 2026

**FOLEY & LARDNER LLP**
JOHN J. ATALLAH

*/s/ John Atallah*
John Atallah
Attorneys for Defendant Maximus Education, LLC dba Aidvantage