**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MALINA ECKFELDT, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE,

*Defendant.*

Case No. 4:25-cv-10217-JST

**[PROPOSED] ORDER GRANTING DEFENDANT MAXIMUS EDUCATION, LLC DBA AIDVANTAGE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

Date: June 4, 2026
Time: 2:00 p.m.
Location: Courtroom 6

Judge: Hon. Jon S. Tigar

Case Filed: November 25, 2025
FAC Filed: February 23, 2026

**[PROPOSED] ORDER**

Defendant Maximus Education, LLC dba Aidvantage's ("Aidvantage") Request for Judicial Notice in Support of Motion to Dismiss and Motion to Transfer Venue to the U.S. District Court for the Eastern District of Virginia ("Request") came on for hearing before this Court.

Having considered the papers and arguments of the parties and the argument of counsel, if any, at the hearing, the Court GRANTS Aidvantage's motion as follows:

1. Maximus's 2025 Form 10-K filed with the SEC, available at https://investor.maximus.com/sec-filings/all-sec-filings/content/0001032220-25-000053/0001032220-25-000053.pdf.
2. The "U.S. District Court – Judicial Caseload Profile" for the Northern District of California and Eastern District of Virginia with the reporting period end date of June 30, 2025, available at https://www.uscourts.gov/sites/default/files/document/fcms_na_distprofile0630.2025.pdf.
3. The ".gov" webpage found at https://aidvantage.studentaid.gov/in-repayment/about-payments#:~:text=Online:%20Log%20in%20to%20your,Mail%20your%20payment%20to.

**IT IS SO ORDERED.**

Dated:

Honorable Jon S. Tigar
U.S. District Court Judge