JOHN ATALLAH, CA Bar No. 294116
jatallah@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

IRINA KASHCHEYEVA, admitted *pro hac vice*
ikashcheyeva@foley.com
FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
TELEPHONE: 313.234.7100
FACSIMILE: 313.234.2800

Attorneys For Defendant
MAXIMUS EDUCATION, LLC
D/B/A AIDVANTAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

YINA CHEN, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE,

*Defendant.*

Case No. 4:25-cv-10217-JST

**DEFENDANT MAXIMUM EDUCATION, LLC D/B/A AIDVANTAGE'S STATEMENT OF RECENT DECISIONS**

Complaint Filed: November 25, 2025
Judge: Hon. Jon S. Tigar

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Maximus Education, LLC d/b/a Aidvantage ("Aidvantage") hereby notifies the Court of the following recent decisions relevant to the pending Motion to Dismiss [Dkt. No. 19]. These decisions were issued after briefing closed and could not have been cited in the parties' submissions.

1. *Sisti v. Bosley, Inc.*, No. 2:25-cv-10669-JFW-DFMx, 2026 WL 1223927 (C.D. Cal. Apr. 27, 2026) (attached as **Exhibit A**, with relevant passages highlighted). The court addressed Article III standing, the "contents" element, the in-transit interception requirement, consent, and the crime-tort exception, all of which are raised in Aidvantage's Motion to Dismiss.

2. *Timothee v. Meta Platforms, Inc.*, No. 25-cv-05106-LB, 2026 WL 1130363 (N.D. Cal. Apr. 27, 2026) (attached as **Exhibit B**, with relevant passages highlighted). The court addressed Article III standing where plaintiffs navigated a service-oriented website, and addressed consent based on plaintiffs' agreement to the third-party platform's privacy policies. These issues are also raised in Aidvantage's Motion.

3. *Watson v. Franciscan Alliance, Inc.*, No. 25 C 11043, 2026 WL 1694563 (N.D. Ill. June 11, 2026) (attached as **Exhibit C**, with relevant passages highlighted). The court dismissed an ECPA claim for lack of Article III standing because the plaintiff did not establish that she personally suffered a disclosure of private information. This issue is raised in Aidvantage's Motion to Dismiss and Reply.

Dated: July 20, 2026

**FOLEY & LARDNER LLP**

*/s/ John Atallah*
John Atallah
Irina Kashcheyeva
(admitted pro hac vice)
Charles W. Niemann
(pro hac vice forthcoming)
Attorneys For Defendant
MAXIMUS EDUCATION, LLC
D/B/A AIDVANTAGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John Atallah*
John Atallah